

# Mars Khaimov Law, PLLC
## MEMORANDUM ENDORSED

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2024
```

**VIA ECF**
Judge Gregory H. Woods
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

March 5, 2024

Re:     <u>1:23-cv-09800-GHW Zelvin v. All American Door Hardware, Inc.</u>

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Woods,

     Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for March 12th, 2024 at 11:00 AM. Defendant is unrepresented, but the Parties have been in communication and we expect that a settlement will be reached. Plaintiff requests a 45-day adjournment and proposes to reschedule the conference for April 26th, 2024, or a date convenient to the Court. This is the first time relief is being requested.

     We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

<u>/s/ Mars Khaimov</u>
Mars Khaimov, Esq.
*Attorney for Plaintiff*

---

Application granted.  The conference scheduled for March 12, 2024 is adjourned to May 13, 2024 at 3:00 p.m.  The joint letter and proposed case management plan and scheduling order discussed in the Court's November 7, 2024 order are due May 6, 2024.  Dkt. No. 5.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 7.

SO ORDERED.

Dated: March 6, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge