UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNN ZELVIN, on behalf of himself and all others similarly situated,<br><br>       Plaintiffs,<br><br>-against-<br><br>ALL AMERICAN DOOR HARDWARE, INC.,<br>       Defendant. | 1:23-cv-09800-GHW<br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff LYNN ZELVIN, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. On the date of this Notice, a settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The Parties jointly and respectfully request that the Court stay this case and adjourn all deadlines and conferences.

 Dated: Hicksville, New York
     May 2, 2024

                  Respectfully submitted,

                  /s/ *Mars Khaimov*

                  Mars Khaimov, Esq.
                  Mars Khaimov Law, PLLC
                  100 Duffy Ave., Suite 510
                  Hicksville, NY 11801
                  mars@khaimovlaw.com